UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CRIMINAL NO. EP-25-CR-212-KC |
| | § |
| MANUEL PEREZ, JR., | § |
| | § |
| Defendant. | § |

**FINAL JUDGMENT OF FORFEITURE**

Came on to be considered the United States of America's Motion for Final Judgment of Forfeiture, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and Title 21 U.S.C. § 853(n)(l)-(7), and this Court being fully and wholly apprised in all its premises, finds said Motion meritorious. The Court finds that the United States of America has proven by a preponderance of the evidence the nexus between the property described below and the violations of Title 21 U.S.C. §§ 846, 841(a)(l), 841(b)(l)(A)(ii), and Title 18 U.S.C. § 201(b)(2), by virtue of Defendant MANUEL PEREZ, JR.'s Amended Plea Agreement packet (ECF Nos. 49, 50) with the factual basis contained therein. The Court further finds that Defendant has an interest in the property described below and does hereby GRANT said Motion.

IT IS THEREFORE ORDERED that all right, title, and interest of the Defendant in the property described below, to wit:

1. Black massage chair;
2. Assorted jewelry;
3. Rolex watch;
4. $3,880.00, more or less, in United States currency; and
5. Any and all property consisting of and/or derived from, or property used or intended to be used in the commission of the criminal offense,

hereinafter referred to as the Subject Property be, and hereby are, forfeited to the United States of

America; and IT IS FURTHER,

ORDERED that any and all right, title, and interest of any and all potential petitioners in the Subject Property be, and hereby are, held in default and FORFEITED to the United States of America; and IT IS FURTHER,

ORDERED that the Federal Bureau of Investigation and/or its designated agent, shall seize, take custody, control, and possession of the aforementioned forfeited Subject Property and shall dispose of same in accordance with law; and IT IS FURTHER,

ORDERED that all terms and provisions contained in this Court's Preliminary Order of Forfeiture (ECF No. 60) entered on November 1, 2025, in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

SO ORDERED.

SIGNED this 15th day of March, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE